**Porter WIEGAND, Appellant, v. STANDARD STAMPING COMPANY.**

**No. 10382.**

Circuit Court of Appeals, Eighth Circuit.

July 3, 1935.

George C. Dyer, of St. Louis, Mo., for appellant.

Greensfelder & Grand, of St. Louis, Mo., for appellee.

PER CURIAM.·

Petition for appeal from order of the United States District Court denied.

**Catherine WILSON, etc., Appellants, v. Raymond A. CARROLL et al., Appellees.**

**No. 7792.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 17, 1935.

Charles E. McGinnis, W. Frank Shelley, and C. C. Caswell, all of Los Angeles, Cal., for appellant.

John Q. Adams, Vernon Gray, William L. Kuehn, and Franz R. Sachse, all of Los Angeles, Cal., for appellees.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.·

Upon consideration of the record and briefs filed herein, and after oral argument of counsel for respective parties, ordered, decree of District Court affirmed;

that a decree be filed and entered accordingly; mandate issued in accordance with rule 32.

**Mary Lee WINGER, Executrix, etc., et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 10522.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 27, 1935.

Charles E. Rendlen, of Hannibal, Mo., for petitioners.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Atty., Bureau of Internal Revenue, for respondent.

PER CURIAM.

Petition to review decisions of Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of respondent.

**Solomon WOOD, Appellee, v. UNITED STATES of America, Appellant.**

**No. 468.**

Circuit Court of Appeals, Second Circuit.

July 1, 1935.

Martin Conboy, U. S. Atty., of New York City (Ralph E. Stone, Asst. U. S. Atty., of New York City, of counsel), for the United States. .

Jacob H. Hahn, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.